1

2

3

4

5                       UNITED STATES DISTRICT COURT

6                      NORTHERN DISTRICT OF CALIFORNIA

7

8   BRIAN SMITH,                              No. C 11-1238 SI (pr)

9              Petitioner,                    **ORDER**

10         v.

11  RANDY GROUNDS, warden,

12             Respondent.

13  _____/

14         Brian Smith filed a *pro se* petition for a writ of habeas corpus challenging a 2008 prison

15  disciplinary decision.  On September 7, 2011, the court dismissed the petition because it was

16  barred by the habeas statute of limitations; on September 9, 2011, judgment was entered.

17  Thereafter, Smith filed a "motion for judicial review of dismissal of writ of habeas corpus" that

18  repeated the arguments Smith made in opposition to respondent's motion to dismiss.

19         The court construes the "motion for judicial review of dismissal of writ of habeas corpus"

20  to be a request for reconsideration.  The court DENIES the request for reconsideration because

21  it merely repeats arguments the court already correctly rejected.  (Docket # 17.)

22         A certificate of appealability will not issue.  See 28 U.S.C. § 2253(c).  This is not a case

23  in which "jurists of reason would find it debatable whether the petition states a valid claim of

24  the denial of a constitutional right and that jurists of reason would find it debatable whether the

25  district court was correct in its procedural [rulings]" in the Order Of Dismissal or in this order.

26  Slack v. McDaniel, 529 U.S. 473, 484 (2000).   The denial of the certificate of appealability is

27  without prejudice to petitioner seeking a certificate from the United States Court of Appeals for

28  the Ninth Circuit.

*United States District Court*
*For the Northern District of California*

1    The court also construes the "motion for judicial review of dismissal of writ of habeas

2    corpus" to be a notice of appeal.  The clerk shall forward to the court of appeals the case file with

3    this order.  See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

4    IT IS SO ORDERED.

5    DATED: October 17, 2011

     _____
6                        SUSAN ILLSTON
                    United States District Judge

United States District Court
For the Northern District of California