UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN SMITH,  
        Petitioner,  
    v.  
RANDY GROUNDS, warden,  
        Respondent.  
                                                  /

No. C 11-1238 SI (pr)

**ORDER**

Brian Smith filed a *pro se* petition for a writ of habeas corpus challenging a 2008 prison disciplinary decision. On September 7, 2011, the court dismissed the petition because it was barred by the habeas statute of limitations; on September 9, 2011, judgment was entered. Thereafter, Smith filed a "motion for judicial review of dismissal of writ of habeas corpus" that repeated the arguments Smith made in opposition to respondent's motion to dismiss.

The court construes the "motion for judicial review of dismissal of writ of habeas corpus" to be a request for reconsideration. The court DENIES the request for reconsideration because it merely repeats arguments the court already correctly rejected. (Docket # 17.)

A certificate of appealability will not issue. See 28 U.S.C. § 2253(c). This is not a case in which "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural [rulings]" in the Order Of Dismissal or in this order. Slack v. McDaniel, 529 U.S. 473, 484 (2000). The denial of the certificate of appealability is without prejudice to petitioner seeking a certificate from the United States Court of Appeals for the Ninth Circuit.

The court also construes the "motion for judicial review of dismissal of writ of habeas corpus" to be a notice of appeal. The clerk shall forward to the court of appeals the case file with this order. See <u>United States v. Asrar</u>, 116 F.3d 1268, 1270 (9th Cir. 1997).

IT IS SO ORDERED.

DATED: October 17, 2011

_____
SUSAN ILLSTON
United States District Judge